**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 04-7823**

———————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

WILTON FELIPE BELTRE,

                              Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Fox, Senior District Judge. (CR-96-197-5)

———————

Submitted: February 24, 2005          Decided: March 8, 2005

———————

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Wilton Felipe Beltre, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Wilton Felipe Beltre appeals the district court's order denying his motion to rescind his fine. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Beltre, No. CR-96-197-5 (E.D.N.C. Sept. 29, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED